IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

United States of America,

    Plaintiff,

vs.

Three (3) Firearms,

    Defendant.

Civil No. 1-05-1137 -T

## ORDER

Pursuant to a complaint filed by the United States on _May 13_, 2005, seeking the forfeiture of Three (3) Firearms, under the provisions of 18 U.S.C. §3501(c), 18 U.S.C. §924(d), 18 U.S.C. §983, and 19 U.S.C. §§1602-1624, it is hereby ORDERED:

1. That the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives will seize the defendant property and hold said property subject to the further orders of this Court;

2. That the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives will serve a copy of the complaint on all known claimants to the defendant property including, without limitation, Luther Hopper and Raymond Hopper;

3. That the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives will advertise in the Daily News, Memphis, Tennessee, for a period of three consecutive weeks, once per week. The advertisement will notice that the defendant property was seized by the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives on December 20, 2004 in Saulsbury, Tennessee, from Luther and Raymond Hopper; that a Complaint for Forfeiture has

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __05-16-05__



been filed pursuant to 18 U.S.C. §3501(c), 18 U.S.C. §924(d), 18 U.S.C. §983, and 19 U.S.C. §§1602-1624; and that any parties claiming any interest in the said property must file a claim within thirty (30) days of the notice and an answer to the complaint within twenty (20) days thereafter;

4. The Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives may use the attached legal notice in the advertisement.

ENTERED: This 13th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

TERRELL L. HARRIS
United States Attorney

By: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney
800 Federal Building
Memphis, Tennessee 38103
(#014277, Tennessee)
(901)544-4231

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

United States of America,

    Plaintiff,

vs.                                                                                    Civil No. 1-05-1137 -T Ah

Three (3) Firearms,

    Defendant.

## LEGAL NOTICE

Take notice that on December 20, 2004, the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives seized Three (3) Firearms from Luther and Raymond Hopper of Saulsbury, Tennessee.

On 5/13/2005, the United States filed a complaint to forfeit said property under the provision of 18 U.S.C. §3501(c), 18 U.S.C. §924(d), 18 U.S.C. §983, and 19 U.S.C. §§1602-1624, the complaint being styled:

United States of America v. Three (3) Firearms,
No. 1-05-1137 -T Ah.

Any party having any objection to said forfeiture or maintaining any claim to the said property must file a claim in the District Court for the Western District of Tennessee, 242 Federal Building, 167 N. Main, Memphis, Tennessee 38103 and serve notice upon the United States Attorney, 800 Federal Building, Memphis, Tennessee 38103 within thirty (30) days of the first publication of this notice and must file an answer to the complaint within twenty (20) days thereafter.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 1:05-CV-01137 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

USA
,

Honorable James Todd
US DISTRICT COURT